1 | ALEX G. TSE (CABN 152348)
United States Attorney
2 | SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3 | DAVID A. PEREDA (CABN 237982)
Assistant United States Attorney
4 |     1301 Clay Street, Suite 340S
    Oakland, CA 94612
5 |     Telephone: (510) 637-3701
    FAX: (510) 637-3724
6 |     David.Pereda@usdoj.gov

Attorneys for Federal Defendant

W. GORDON KAUPP, State Bar No. 226141
BETH FEINBERG, State Bar No. 240857
KAUPP & FEINBERG, LLP
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone:   (415) 896-4588
Facsimile:   (415) 294-9127
E-Mail:   gordon@kauppfeinberg.com
          beth@kauppfeinberg.com

LESLIE F. LEVY, State Bar No. 104634
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, California 94612
Telephone:   (510) 318-7700
Facsimile:   (510) 318-7701
E-Mail:   leslie@levyvinick.com

Attorneys for Plaintiff
NATALIE ARNOLD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATALIE ARNOLD, | ) Case No.: C18-0553 KAW |
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) **FOR ASSIGNMENT TO MAGISTRATE JUDGE** |
| | ) **BEELER FOR SETTLEMENT** |
| JEFFERSON B. SESSIONS in his official capacity as United States Attorney General, | ) |

STIPULATION AND [PROPOSED] ORDER
C18-553 KAW

1

|   |   |   |
|---|---|---|
| Defendant. | ) |   |
|   | ) |   |
|   | ) |   |
|   | ) |   |

Pursuant to ADR Local Rule 7-2(b), the parties, through their counsel, hereby stipulate as follows:

1. On June 26, 2018, the parties submitted their Joint Case Management Conference Statement in which they indicated a settlement conference before a Magistrate Judge as their preferred ADR option. (Dkt. No. 24)

2. On June 27, 2018, the Court issued an Order referring the parties to a Magistrate Judge for settlement. (Dkt. No. 27)

3. The parties agree that they prefer to be assigned, and hereby request assignment, to Magistrate Judge Laurel Beeler for settlement.

IT IS SO STIPULATED.

DATED: June 28, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

 /s/ *David Pereda*
DAVID PEREDA
Assistant United States Attorney
Attorney for Defendant

KAUPP & FEINBERG, LLP

 /s/ *Gordon Kaupp*
W. GORDON KAUPP
Attorneys for Plaintiff

**CERTIFICATION**

Pursuant to Civil L.R. 5-1(i)(3), I, William Gordon Kaupp, hereby attest that Defendant's counsel concurred in the filing of this document.

STIPULATION AND [PROPOSED] ORDER
C18-553 KAW

2

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THE PARTIES ARE ASSIGNED TO MAGISTRATE JUDGE LAUREL BEELER FOR SETTLEMENT.

DATED: 6/28/18

/s/ Kandis Westmore
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
C18-553 KAW

3