ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
DAVID A. PEREDA (CABN 237982)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3701
    FAX: (510) 637-3724
    David.Pereda@usdoj.gov

Attorneys for Federal Defendant

W. GORDON KAUPP, State Bar No. 226141
BETH FEINBERG, State Bar No. 240857
KAUPP & FEINBERG, LLP
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone:  (415) 896-4588
Facsimile:  (415) 294-9127
E-Mail:  gordon@kauppfeinberg.com
        beth@kauppfeinberg.com

LESLIE F. LEVY, State Bar No. 104634
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, California 94612
Telephone:  (510) 318-7700
Facsimile:  (510) 318-7701
E-Mail:  leslie@levyvinick.com

Attorneys for Plaintiff
NATALIE ARNOLD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATALIE ARNOLD,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFERSON B. SESSIONS in his official capacity as United States Attorney General, | Case No.: C18-0553 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME FOR FILING THE FIRST AMENDED COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER
C18-553 KAW

1

|   | Defendant. | ) |
|---|---|---|
|   |   | ) |
|   |   | ) |
|   |   | ) |

Pursuant to Civil Local Rules 6-3 and 7-12, the parties, through their counsel, hereby stipulate and move this Court, as follows:

1. On May 21, 2018, Defendant Jefferson B. Sessions III ("Defendant") filed a motion to dismiss. (Dkt. No. 15) Pursuant to meet and confer efforts, on June 1, 2018, the parties filed a stipulation and proposed order seeking leave for Plaintiff Natalie Arnold ("Plaintiff") to file a first amended complaint on or by July 6, 2018 in order to address some of the issues raised in Defendant's motion to dismiss. (Dkt. No. 16)

2. Since then, the parties have been meeting and conferring on whether more recent complaints Plaintiff has filed with the FBI Office of Equal Employment Opportunity Affairs ("EEOA") should be included in the pending litigation.

3. Under 29 C.F.R. § 1614.105(a)(1), a federal employee complaining of discrimination must consult with an EEO counselor within 45 days of the allegedly discriminatory action. The EEO counselor then has 30 days to complete any attempt at informal resolution. If the matter does not resolve, the Plaintiff is given notice that she has 15 days to file a formal Complaint of Discrimination. After 180 days from the filing of the Complaint of Discrimination, Plaintiff can file a civil action in a United States District Court. 29 C.F.R. § 1614.407(b).

4. Plaintiff, who is still an employee of the federal government, alleges that she continues to experience ongoing retaliation and/or discrimination. Thus, in addition to the EEO complaint that laid the groundwork for this case, Plaintiff has filed a second EEO complaint and may amend that complaint or file a third EEO complaint.[1]

---

[1] Plaintiff filed the first EEO complaint—the EEO complaint that forms the basis for this lawsuit—on May 30, 2017 (FBI EEOA File No. FBI-2017-00219). After that investigation concluded, Plaintiff filed a second EEO complaint on February 6, 2018 (FBI EEOA File No. FBI-2018-00099). Then, prior to the investigation of that second EEOA Complaint of Discrimination, Plaintiff initiated EEO counseling on April 23, 2018 for the third time. Plaintiff and the FBI EEOA are currently discussing whether Plaintiff should amend her Second Complaint of Discrimination to include allegations that caused her to initiate EEO counseling for the third time or file a third Complaint of

STIPULATION AND [PROPOSED] ORDER
C18-553 KAW

2

5. Plaintiff believes that these complaints are all related and that it would be most efficient to consolidate them into a single lawsuit. The government is assessing whether it comes to the same conclusion and whether it will waive the 180-day rule so that such a consolidation can take place now.

6. By narrowing or sorting out these issues before Plaintiff files a new complaint, the parties hope to limit further amendments or motion practice.

7. Finally, the extension of time for Plaintiff to file a first amended complaint will not alter the date of any event or any deadline already fixed by Court order, particularly in light of the Court having moved the CMC to August 28, 2018. Further, no matter how this issue works out, the parties are moving forward with discovery and settlement-conference preparations. Therefore, granting Plaintiff leave will not result any delay of the litigation.

8. The parties hereby respectfully request that the Court grant Plaintiff leave to file an amended complaint by July 20, 2018.

IT IS SO STIPULATED.

DATED: July 3, 2018, 2018

Respectfully submitted,
ALEX G. TSE
Acting United States Attorney

*/s/ David Pereda*
DAVID PEREDA
Assistant United States Attorney
Attorney for Defendant

KAUPP & FEINBERG, LLP
*/s/ Gordon Kaupp*
W. GORDON KAUPP
Attorneys for Plaintiff

### CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), I, William Gordon Kaupp, hereby attest that Defendant's counsel concurred in the filing of this document.

---

Discrimination.

STIPULATION AND [PROPOSED] ORDER
C18-553 KAW

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

*Kandis Westmore*

DATED: 7/5/18

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
C18-553 KAW

4