ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
DAVID A. PEREDA (CABN 237982)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3701
    FAX: (510) 637-3724
    David.Pereda@usdoj.gov

Attorneys for Federal Defendant

W. GORDON KAUPP, State Bar No. 226141
BETH FEINBERG, State Bar No. 240857
KAUPP & FEINBERG, LLP
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone:    (415) 896-4588
Facsimile:    (415) 294-9127
E-Mail:    gordon@kauppfeinberg.com
    beth@kauppfeinberg.com

LESLIE F. LEVY, State Bar No. 104634
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, California 94612
Telephone:    (510) 318-7700
Facsimile:    (510) 318-7701
E-Mail:    leslie@levyvinick.com

Attorneys for Plaintiff
NATALIE ARNOLD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATALIE ARNOLD, | ) Case No.: C18-0553 KAW |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER RE** |
| | ) **GOVERNMENT'S RESPONSE TO** |
| v. | ) **PLAINTIFF'S SECOND AMENDED** |
| | ) **COMPLAINT** |
| | ) |
| | ) |

STIPULATION
C18-553 KAW

1

JEFFERSON B. SESSIONS in his official )
capacity as United States Attorney General, )
                                          )
        Defendant.                        )
                                          )
_____ )

The parties, through their counsel, hereby stipulate as follows:

1.      In an effort to narrow the issues and to reduce potential motion practice, the parties met and conferred extensively on the appropriate scope of this lawsuit, including which administrative complaints should be included.  The parties reached an agreement, resulting in the filing of Plaintiff's Second Amended Complaint ("SAC").  ECF Nos. 37 and 38.  Meanwhile, the parties have been moving forward with discovery.

2.      The government seeks to respond to the SAC by October 1, 2018, which is thirty days after Plaintiff's SAC was due.[1]  This schedule will not impact the parties' ability to file a Joint Case Management Statement on September 25, 2018 or to meaningfully particulate in the Case Management Conference the following week.

3.      Plaintiff does not object to the government's request.


        IT IS SO STIPULATED.

---

[1]   The parties had previously contemplated that the government's response would be due on October 1, 2018—30 days after the Second Amended Complaint was due—but settled on September 19, 2018, which was adopted in the Court's order.  ECF No. 37.  Due to the government's calendaring error tracking the parties' original discussions, the government did not file a response to the SAC or this Stipulation sooner; the government apologizes for the timing of its request.

DATED: September 25, 2018

Respectfully submitted,

ALEX G. TSE

United States Attorney
 */s/ David Pereda*
DAVID PEREDA
Assistant United States Attorney
Attorney for Defendant


KAUPP & FEINBERG, LLP
 */s/ Gordon Kaupp*
W. GORDON KAUPP
Attorneys for Plaintiff

## CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), I, David Pereda, hereby attest that Plaintiff's counsel concurred in the filing of this document.


PURSUANT TO STIPULATION, IT IS SO ORDERED.


KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE