| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348)<br>United States Attorney |
| 2 | SARA WINSLOW (DCBN 457643)<br>Chief, Civil Division |
| 3 | WENDY M. GARBERS (CABN 213208)<br>Assistant United States Attorney |
| 4 |     450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102-3495 |
| 5 |     Telephone: (415) 436-6475<br>    FAX: (415) 436-7234 |
| 6 |     wendy.garbers@usdoj.gov |

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATALIE ARNOLD,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFERSON B. SESSIONS III in his official capacity as United States Attorney General,<br><br>    Defendant. | Case No.: C 18-0553 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING MATTER**<br><br>**AS MODIFIED**<br><br>Judge: Hon. Kandis A. Westmore |

## STIPULATION

WHEREAS, at the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress;

WHEREAS, there is currently a CMC scheduled herein for January 15, 2019;

WHEREAS, the Court recently ordered plaintiff to file her amended complaint on or before January 18, 2019;

WHEREAS, defendant submits that these deadlines should be stayed in light of the lapse in appropriations. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED, by the parties to the above-captioned action, by and through their |
| 2 | respective counsel of record, that |
| 3 |     1. All deadlines, conferences, and hearings in this case be stayed for three weeks or until |
| 4 | Congress has restored appropriations to the Department of Justice, whichever occurs sooner. |
| 5 |     2. Plaintiff shall have two weeks from the stay being lifted to file her amended complaint. |

IT IS HEREBY STIPULATED, by the parties to the above-captioned action, by and through their respective counsel of record, that

    1. All deadlines, conferences, and hearings in this case be stayed for three weeks or until Congress has restored appropriations to the Department of Justice, whichever occurs sooner.

    2. Plaintiff shall have two weeks from the stay being lifted to file her amended complaint.

DATED: January 8, 2019

Respectfully submitted,

ALEX G. TSE
United States Attorney

/s/ *Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney
Attorney for Defendant

DATED: January 8, 2019

Respectfully submitted,

KAUPP & FEINBERG, LLP

/s/ *W. Gordon Kaupp**
W. GORDON KAUPP
Attorneys for Plaintiff

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

## [PROPOSED] ORDER AS MODIFIED

Pursuant to Stipulation and good cause having been shown, IT IS SO ORDERED. Additionally, the January 15, 2019 case management conference is VACATED. Within 7 days of the government reopening, the parties shall file a stipulation that (1) provides a proposed deadline for Plaintiff to file the amended complaint, and (2) a proposed date for resetting the case management conference.

Dated: January 11, 2019

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER STAYING MATTER
NO. 18-0553 KAW