1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  WENDY M. GARBERS (CABN 213208)
   JEVECHIUS D. BERNARDONI (CABN 281892)
4  Assistant United States Attorneys
         450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102-3495
         Telephone: (415) 436-7164
6        Facsimile: (415) 436-7234
         jevechius.bernardoni@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATALIE ARNOLD,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM BARR, in his official capacity as United States Attorney General,<br><br>    Defendant. | Case No.: C 18-0553 KAW<br><br>**STIPULATION TO VACATE PENDING DEADLINES AND TRIAL DATE DUE TO AGREEMENT AS TO MONETARY AND NON-MONETARY TERMS OF THE SETTLEMENT AND [PROPOSED] ORDER** |

Plaintiff Natalie Arnold ("Plaintiff") and Defendant William Barr ("Defendant"), collectively hereinafter referred to as ("the parties"), through their counsel, submit this Stipulation and [Proposed] Order to vacate all pending case deadlines and remove the trial date from the Court's calendar. The parties' settlement discussions have been productive, and they have reached an agreement as to the monetary and non-monetary terms of the settlement and are in the process of preparing a written settlement agreement. Thus, the parties agree that the pending deadlines should be vacated to allow the parties to finalize that written settlement agreement. Without admitting liability, the agreement, among other things, provides for Defendant to pay Plaintiff's reasonable attorney's fees and costs—a fees and

STIPULATION AND [PROPOSED] ORDER
C18-553 KAW

1

costs motion shall be determined by the Court if the parties are unable to resolve the fees and cost issue by negotiation.

      IT IS SO STIPULATED.

Respectfully submitted,

DATED: September 28, 2020

DAVID L. ANDERSON  
United States Attorney

*/s/ Jevechius D. Bernardoni*

JEVECHIUS D. BERNARDONI  
Assistant United States Attorney  
Attorneys for the Federal Defendant

*/s/ W. Gordon Kaupp*  
W. GORDON KAUPP  
BETH FEINBERG  
LESLIE F. LEVY  
Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER  
C18-553 KAW

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

September ___, 2020

_____
Hon. Kandis A. Westmore

STIPULATION AND [PROPOSED] ORDER
C18-553 KAW

3