1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  WENDY M. GARBERS (CABN 213208)
   JEVECHIUS D. BERNARDONI (CABN 281892)
4  Assistant United States Attorneys
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone:  (415) 436-7164
6       Facsimile:  (415) 436-7234
        jevechius.bernardoni@usdoj.gov
7
   Attorneys for the Federal Defendant
8
   W. GORDON KAUPP, State Bar No. 226141      LESLIE F. LEVY, State Bar No. 104634
9  BETH FEINBERG, State Bar No. 240857        LEVY VINICK BURRELL HYAMS LLP
   KAUPP & FEINBERG, LLP                      180 Grand Avenue, Suite 1300
10 One Sansome Street, 35th Floor             Oakland, California 94162
   San Francisco, California 94104            Telephone:   (510) 318-7700
11 Telephone:   (415) 896-4588                Facsimile:   (510) 318-7701
   Facsimile:   (415) 294-9127                E-Mail:      leslie@levyvinick.com
12 E-Mail:      gordon@kauppfeinberg.com
                beth@kauppfeinberg.com
13
14 Attorneys for Plaintiff NATALIE ARNOLD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATALIE ARNOLD, | Case No.: C 18-0553 KAW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND BRIEFING ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| v. | |
| WILLIAM BARR, in his official capacity as United States Attorney General, | |
| Defendant. | |

Pursuant to Civil Local Rule 6-2, Plaintiff Natalie Arnold ("Plaintiff") and Defendant William Barr ("Defendant"), collectively hereinafter referred to as ("the parties"), through their counsel, submit

STIPULATION AND [PROPOSED] ORDER
C18-553 KAW

1

this Stipulation and [Proposed] Order to Continue Hearing Date and Briefing on Plaintiff's Motion for Attorneys' Fees and Costs to allow for additional time for the parties to resolve Plaintiff's attorneys' fees and costs.

WHEREAS, the Court, at the parties' request, set a briefing schedule that required Plaintiff to file her Motion for Attorneys' Fees and Costs by February 19, 2021, Responses by March 5, 2021, Replies by March 12, 2021 and a hearing on the motion for April 15, 2021;

WHEREAS, the parties continue to negotiate resolution of Plaintiff's Motion Attorneys' Fees and Costs;

WHEREAS, due to the recent change of presidential administrations, the negotiations would benefit from additional time to determine if it is possible to resolve this matter without the Court.

THEREFORE, the parties respectfully seek an order from this Court, as follows:

1. Vacate the dates currently set for the briefing and hearing on Plaintiff's Motion for Attorneys' Fees and Costs; and

2. Set a schedule for Plaintiff's Motion for Attorneys' Fee and Costs to be filed by March 22, 2021, Responses to be filed by April 5, 2021; Replies to be filed by April 12, 2021 and the hearing to be held on _____, 2021 at ____ p.m.

IT IS SO STIPULATED.

DATED: February 5, 2021

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney
/s/ Jevechius D. Bernardoni

_____
JEVECHIUS D. BERNARDONI
Assistant United States Attorney
Attorneys for the Federal Defendant

STIPULATION AND [PROPOSED] ORDER
C18-553 KAW

|   |   |
|---|---|
|   | KAUPP & FEINBERG, LLP |
|   | LEVY VINICK BURRELL HYAMS LLP |
|   |   |
|   | */s/ William Gordon Kaupp* |
|   |   |
|   | _____ |
|   | W. GORDON KAUPP |
|   | BETH FEINBERG |
|   | LESLIE F. LEVY |
|   | Attorneys for Plaintiff |

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that defendant has concurred in the filing of this document.*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____

February \_\_\_\_\_, 2021                                                              HON. KANDIS A. WESTMORE

STIPULATION AND [PROPOSED] ORDER
C18-553 KAW