STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7164
    Facsimile: (415) 436-7234
    jevechius.bernardoni@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATALIE ARNOLD,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as the Attorney General of the United States,<br><br>    Defendant. | Case No.: C 18-0553 KAW<br><br>**STIPULATION REGARDING ATTORNEY'S FEES AND COSTS; [PROPOSED] ORDER** |

WHEREAS, Plaintiff filed the above-captioned action on January 25, 2018;

WHEREAS, the Parties entered into a settlement agreement regarding the underlying Title VII claims on October 15, 2020 ("October 15 Agreement");

WHEREAS, as part of the October 15 Agreement, Defendant agreed "to pay reasonable attorney's fees and costs to date, including litigation costs for experts and deposition costs. A fees and costs motion shall be determined by the Court if the parties are unable to resolve the fees and cost issue by negotiation";

WHEREAS, following negotiation, the Parties have agreed upon an amount of reasonable attorney's fees and costs, including litigation costs for experts and deposition costs;

WHEREAS, Defendant agrees that the following are reasonable hourly rates for the purposes of

STIPULATION REGARDING ATTORNEY'S FEES AND COSTS; [PROPOSED] ORDER
C18-553 KAW

1

calculating the fees in this matter and for work performed from 2017 through 2020:

  Gordon Kaupp: $650.00

  Beth Feinberg: $550.00

  Leslie F. Levy: $825.00

  Hilary Hammell: $425.00

  Elly Oxman: $175.00

  NOW, THEREFORE, the Parties agree as follows:

  Defendant shall pay Plaintiff one million, thirty-three thousand, four hundred seventy-two dollars and two cents ($1,033,472.02) as the agreed-upon amount of reasonable attorney's fees and costs, including litigation costs for experts and deposition costs ("Agreed Attorney's Fees and Costs"). Payment of the Agreed Attorney's Fees and Costs shall be deposited by electronic fund transfer to the bank account Plaintiff shall designate in an Electronic Funds Transfer enrollment form Plaintiff will provide to the undersigned Assistant United States Attorney within five days of filing of this stipulation. Plaintiff and Plaintiff's attorney have been informed that payment of the Agreed Attorney's Fees and Costs may take sixty (60) days or more to process from the date that this stipulation is ordered by the Court.

  The Parties agree that the Agreed Attorney's Fees and Costs is in full satisfaction of all claims for attorney's fees and costs arising from work performed by Plaintiff's counsel at all stages of litigation, including, but not limited to, the processing of Plaintiff's administrative and district court complaints in connection with the above-captioned action, and any other EEO administrative proceedings which are currently pending.

  The Parties will file a stipulation of dismissal of the above-captioned action, with prejudice, within five (5) business days of receipt by Plaintiff's attorney of the Agreed Attorney's Fees and Costs, with each party to bear his or her own attorney's fees and costs, except as expressly set forth above.

                Respectfully submitted,

DATED: March 23, 2020

                STEPHANIE M. HINDS
                Acting United States Attorney

STIPULATION REGARDING ATTORNEY'S FEES AND COSTS; [PROPOSED] ORDER
C18-553 KAW

/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney
Attorneys for the Federal Defendant

/s/ Gordon Kaupp
W. GORDON KAUPP
BETH FEINBERG
LESLIE F. LEVY
Attorneys for Plaintiff

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

March __, 2021                                    _____
                                                  HON. KANDIS A. WESTMORE