UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE ARNOLD,<br>          Plaintiff,<br>   v.<br>WILLIAM BARR, et al.,<br>          Defendants. | Case No. 4:18-cv-00553-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 120 DAYS**<br><br>Re: Dkt. No. 120 |

On March 26, 2021, the Court entered the parties' stipulation regarding attorneys' fees and costs. Accordingly, Plaintiff shall file a dismissal within 120 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: March 29, 2021

                                                                         *Kandis Westmore*<br>
KANDIS A. WESTMORE<br>
United States Magistrate Judge