DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7164
    Facsimile: (415) 436-7234
    jevechius.bernardoni@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATALIE ARNOLD,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM BARR, in his official capacity as United States Attorney General,<br><br>    Defendant. | Case No.: C 18-0553 KAW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

It is hereby stipulated by and between the undersigned Plaintiff and Defendant, by and through their respective attorneys, as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff NATALIE ARNOLD and Defendant WILLIAM BARR hereby stipulate to dismiss, with prejudice, all claims asserted in this action, or that could have been asserted in this action.

                                                  Respectfully submitted,

DATED: October 15, 2020

                                                  DAVID L. ANDERSON
                                                  United States Attorney

STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)
C18-553 KAW

|   |   |
|---|---|
| 1 | */s/ Jevechius D. Bernardoni* |
| 2 | JEVECHIUS D. BERNARDONI<br>Assistant United States Attorney |
| 3 | Attorneys for the Federal Defendant |
| 4 |   |
| 5 | */s/ W. Gordon Kaupp*<br>W. GORDON KAUPP |
| 6 | BETH FEINBERG<br>LESLIE F. LEVY |
| 7 | Attorneys for Plaintiff |

STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)
C18-553 KAW